IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID PAUL HUGGINS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-117 (MTT) |
| STEVE ROBERTS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 47). The Magistrate Judge, having reviewed the Defendants' Motion for Summary Judgment, recommends **GRANTING** the Motion because the Plaintiff failed to demonstrate a genuine issue of material fact, and because the Defendants are entitled to judgment as a matter of law on the Plaintiff's claims. (Doc. 47 at 1).

On August 3, 2011, the Plaintiff advised all parties that he was obtaining counsel, Attorney Delisa Williams. (Doc. 21). On March 27, 2012, Williams filed a Motion to Amend/Correct and stated "Plaintiff has now retained counsel, Delisa Williams, to represent him in this action." (Doc. 44). Despite having retained counsel, the Plaintiff failed to respond to the Defendants' Motion for Summary Judgment and failed to object to the Magistrate Judge's Recommendation.

The Court has reviewed the Recommendation. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The

Recommendation is adopted and made the order of this Court. The Defendants' Motion for Summary Judgment is **GRANTED**.

The Court directs the Clerk to mail a copy of this Order to the Plaintiff.

**SO ORDERED**, this the 3rd day of August, 2012.

<div style="margin-left: 3em;">

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUGE  
UNITED STATES DISTRICT COURT

</div>